UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GREGORIO SANTIAGO, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

              Plaintiff,

v.

PIZZA PALS INC.
d/b/a GRAVESEND PIZZA,
and JOSEPH POSA,

              Defendants.

**Case No.**: 1:22-cv-06188

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff GREGORIO SANTIAGO hereby accepts and provides notice that he has accepted the Offer of Judgment from Defendants dated April 7, 2023, and annexed hereto as **Exhibit A**.

Dated: April 24, 2023

Respectfully submitted,

By: /s/ C.K. Lee

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I caused Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants of record in this matter:

PIZZA PALS INC. d/b/a GRAVESEND PIZZA
JOSEPH POSA
josephposa@gmail.com
181 34TH St,
Brooklyn, NY 11232
Individually and as corporate representative of
Pizza Pals Inc.

By: _____
C.K. Lee, Esq.