UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GREGORIO SANTIAGO, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

v.

PIZZA PALS INC.
d/b/a GRAVESEND PIZZA,
and JOSEPH POSA,

                Defendants.

Case No.: 1:22-cv-06188

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants PIZZA PALS INC. d/b/a GRAVESEND PIZZA, and JOSEPH POSA (collectively, "Defendants"), having offered to allow Plaintiff GREGORIO SANTIAGO ("Plaintiff") to take a judgment against them, in the sum of Three Thousand and Two Hundred Dollars and No Cents ($3,200.00), inclusive of attorneys' fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 7, 2023 and filed as Exhibit A to Docket Number 12;

**WHEREAS**, on April 24, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 12);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff GREGORIO SANTIAGO, in the sum of $3,200.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 7, 2023 and filed as Exhibit A to Docket Number 12. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: April 25, 2023  
New York, New York

/s/ Eric N. Vitaliano  
U.S.D.J.